**Order entered September 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01056-CV

**IN RE CATAPULT REALTY CAPITAL, L.L.C., Relator**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05600-B**

## ORDER

Before the Court is relator's petition for writ of mandamus. However, relator failed to comply with Texas Rule of Appellate Procedure 52.7(c).

The Court **ORDERS** relator to file a record that complies with rule 52.7(c) by September 9, 2019.

The Court also **REQUESTS** that the real parties in interest and respondent file their responses, if any, to the petition for writ of mandamus by September 9, 2019.

/s/    LANA MYERS
       PRESIDING JUSTICE